```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 10-60616-CIV-ZLOCH
                                    MAGISTRATE JUDGE P. A. WHITE

LAJAYVAR NEGRIN,                :

        Plaintiff,              :

v.                              :        SUPPLEMENTAL REPORT OF
                                            MAGISTRATE JUDGE
WALTER MCNEIL, et al            :

        Defendants.             :
_____
```

This Cause is before the Court upon Objections filed by the petitioner, and referred to the Undersigned Magistrate Judge. (DE#7).

The pro-se plaintiff, Lajayvar Negrin filed a petition for writ of habeas corpus attacking his conviction in state case no. 05-3890, entered in Broward County, Florida.

The petitioner filed a prior petition for writ of habeas corpus attacking this same conviction, assigned case no. 09-60189-Civ-Zloch. The petition was dismissed without prejudice and the petitioner filed an appeal to the Eleventh Circuit on April 1, 2010, acknowledged by the Court of Appeals, case no. 10-11521.

A Report was therefore entered recommending that this case be dismissed as duplicative of Case No. 09-60189-Civ Zloch.

The petitioner filed Objections, stating that he has voluntarily dismissed his appeal. This assertion is supported by the Court's docket indicating that the appeal in case no. 10-11521 was dismissed on May 4, 2010. The case has now been re-referred to the Undersigned Magistrate Judge.

As case no. 09-60189-Civ-Zloch was dismissed without prejudice, and that dismissal is now final, it is recommended that this case proceed. An Order to Show Cause shall issue in this case.

Dated this 15TH day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Negrin Lajayvar, Pro Se
    L64329
    Mayo Correctional Institution
    Address of Record