UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60616-CIV-ZLOCH

LAJAYVAR NEGRIN,

       Plaintiff,                                     O R D E R

vs.

WALTER MCNEIL et al.,

       Defendants.
_____/

     THIS MATTER is before the Court upon the Supplemental Report of Magistrate Judge (DE 8) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

     In Case No. 09-60189-CIV-ZLOCH, Petitioner Lajayvar Negrin filed a prior Petition For Writ Of Habeas Corpus, attacking the same conviction he challenges by the Petition in the above-styled cause. In the prior action, his Petition was dismissed without prejudice. See DE 22; Case No. 09-60189-CIV-ZLOCH. Petitioner appealed said dismissal to the Eleventh Circuit Court of Appeals on April 1, 2010. See DE 25; Case No. 09-60189-CIV-ZLOCH. Magistrate Judge White then entered his initial Report (DE 4) in the above-styled case, recommending that this case be dismissed as duplicative of Case No. 09-60189-CIV-ZLOCH. In response to said Report, Petitioner filed Objections (DE 5), stating that he had

voluntarily dismissed his appeal to the Eleventh Circuit, as of May 4, 2010. Because Case No. 09-60189-CIV-ZLOCH was dismissed without prejudice, and that dismissal is now final, Judge White recommends in his Supplemental Report (DE 8) that the instant case proceed.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Supplemental Report Of Magistrate Judge (DE 8) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, adopted and ratified by the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of July, 2010.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

Lajayvar Negrin, PRO SE
DC #L64329
Mayo Correctional Institution
8784 U.S. Highway 27 West
Mayo, FL 32066